UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KENNETH JOHNS,<br><br>    Defendant. | Case No. 02-cv-40004-JPG |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on the *pro se* motion of defendant Kenneth Johns for a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(2) (Doc. 273). Johns filed this motion *pro se*, although he is represented by attorney Judith Kuenneke in connection with a potential sentence reduction under § 3582(c)(2). A defendant does not have a right to file his own motions when he is represented by counsel. *See Hayes v. Hawes*, 921 F.2d 100, 102 (7th Cir. 1990) (*per curiam*). "The right to representation by counsel and self-representation are mutually exclusive." *Cain v. Peters*, 972 F.2d 748, 750 (7th Cir.1992). So-called "hybrid representation" confuses and extends proceedings and, therefore, it is forbidden. *See United States v. Oreye*, 263 F.3d 669, 672-73 (7th Cir.2001). Therefore, the Court **ORDERS** the defendant's *pro se* motion (Doc. 273) be **STRICKEN**.

**IT IS SO ORDERED.**
**DATED: April 2, 2008**

                                                s/ J. Phil Gilbert
                                                **J. PHIL GILBERT**
                                                **DISTRICT JUDGE**